UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>**Socorro VERA-Gomez**<br><br>           Defendant. | Magistrate Case No.<br>**'08 MJ 1 6 3 4**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **December 17, 2007,** within the Southern District of California, defendant, **Socorro Vera-Gomez**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Lisette Guzman, Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **May, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Lisette Guzman, declare under penalty of perjury the following to be true and correct:

On December 17, 2007, defendant Socorro VERA-Gomez was arrested by Border Patrol for Illegal Entry into the United States. Defendant was subsequently booked into San Diego County Jail for violation of Penal Code 3056, "Violation of Parole". A Border Patrol officer determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from State custody.

On Friday May 23, 2008, at approximately 9:15 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) Field Office in San Diego, California.

A thorough review of official immigration computer database records and information contained in the Alien Registration File revealed that the defendant, Socorro VERA-Gomez, has been ordered removed from United States by an Immigration Judge on or about December 11, 1995 and removed to Mexico in the same date via the Nogales, Arizona Port of Entry. Further defendant's order of removal was reinstated on November 20, 2007 and on or about December 7, 2007, was removed to Mexico via the Calexico Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States lawfully.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Socorro VERA-Gomez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

EXECUTED ON THIS 23th DAY OF May 2008 AT 5:45 PM

Lisette Guzman
Deportation Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **December 17, 2007** in violation of Title 8, United States Code, Section 1326.

U.S. MAGISTRATE JUDGE                    5/23/08 @ 6:15 p.m.
                                          DATE / TIME