```
FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2045-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - |
| SOCORRO VERA-GOMEZ, ) | False Statement to a Federal Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about ~~May 23, 2008~~ March 3, 1999 cal, within the Southern District of California, defendant SOCORRO VERA-GOMEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was _Rene Vera-Martinez_, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

/s/ CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:San Diego